UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Mikkayla and Jimmy King,<br><br>    Plaintiffs,<br>v.<br><br>Genesis Lending Services, Inc.; and DOES 1-10, inclusive,<br><br>    Defendants. | Civil Action No.: 1:13-cv-12825-RGS |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: May 29, 2014

        Respectfully submitted,

        PLAINTIFFS, Mikkayla and Jimmy King

        /s/ Sergei Lemberg

        Sergei Lemberg, Esq.
        B.B.O. No.: 650671
        **LEMBERG LAW, L.L.C.**
        1100 Summer Street, 3rd Floor
        Stamford, CT 06905
        Telephone: (203) 653-2250
        Facsimile: (203) 653-3424
        slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 29, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF), which sent notice of such filing to the following parties:

Jennifer L. Markowski, Esq.
PEABODY & ARNOLD LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261

                                              By /s/ Sergei Lemberg_____

                                                  Sergei Lemberg