UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Mikkayla and Jimmy King,

        Plaintiff(s),

                                      CIVIL ACTION NO. 1:13cv12825 - RGS

v.

Genesis Lending Services, Inc., et al.,

        Defendant(s).

## SETTLEMENT ORDER OF DISMISSAL

<u>STEARNS, DJ.</u>

    The Court having been advised by counsel that the above-entitled action has settled:

    It is hereby ordered that this action be dismissed without costs and without prejudice to the right of any party, upon good cause shown, to restore this action to the docket within thirty (30) days if settlement is not consummated.

    SO ORDERED.

                                                    RICHARD G. STEARNS
                                                    UNITED STATES DISTRICT JUDGE

        BY:

                                                   <u>/s/ *Terri Seelye*</u>

Dated: May 30, 2014                        Courtroom Clerk to the
                                            Honorable Richard G. Stearns