# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____

Mikkayla and Jimmy King,

                Plaintiffs,

   v.

Genesis Lending Services, Inc.,

                Defendant.
_____

Civil Action No.: 1:13-cv-12825-RGS

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against Genesis Lending Services, Inc. with prejudice and without interest or costs, waiving all rights of appeal and/or rights to petition for attorneys' fees and/or expenses.

| Mikkayla and Jimmy King | Genesis Lending Services, Inc. |
|---|---|
| /s/ Sergei Lemberg | /s/ Jennifer L. Markowski |
| Sergei Lemberg, Esq. BBO No.: 650671 | Jennifer L. Markowski, Esq. BBO# 655927 |
| LEMBERG LAW, LLC | PEABODY & ARNOLD LLP |
| 1100 Summer Street, 3rd Floor | Federal Reserve Plaza |
| Stamford, CT  06905 | 600 Atlantic Avenue |
| Telephone: (203) 653-2250 | Boston, MA 02210-2261 |
| Facsimile: (203) 653-3424 | Telephone: (617) 951-2010 |
| slemberg@lemberglaw.com | Facsimile: (617) 951-2125 |
| Attorney for Plaintiffs | jmarkowski@peabodyarnold.com |
| | Attorney for Defendant |

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 27, 2014, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF), which sent notice of such filing to the following:

Jennifer L. Markowski, Esq.
PEABODY & ARNOLD LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261

                                              By /s/ Sergei Lemberg
                                                    Sergei Lemberg